# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SULEIMAN KHUTOB, et al., | Case No.: 2:18-cv-01505-APG-PAL |
| Plaintiffs | **Order Setting Hearing on Motion for Temporary Restraining Order** |
| v. | |
| L.A. INSURANCE AGENCY FRANCHISING, LLC, | |
| Defendant | |

The plaintiffs' motion for temporary restraining order (ECF No. 5) is set for hearing on Thursday, August 23, 2018 at 1:00 p.m. in Las Vegas courtroom 6C. Any response to the motion is due by 4:00 p.m. on Wednesday, August 22, 2018.

DATED this 21st day of August, 2018.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE