# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SULEIMAN KUTOB, et al., | Case No.: 2:18-cv-01505-APG-PAL |
| Plaintiffs | **Order Sealing Document and Ordering a Redacted Version** |
| v. | |
| L.A. INSURANCE AGENCY FRANCHISING, LLC, | |
| Defendant | |

Attached to the defendant's petition for removal is the plaintiffs' motion for temporary restraining order that was originally filed in state court. ECF No. 1-4. That document contains unredacted social security numbers, birth dates, and bank account numbers. I therefore direct the clerk of court to seal ECF No. 1-4. *See* LR IC 6-1(a). The plaintiffs shall file a redacted, publicly accessible version of that document on or before September 4, 2018.

IT IS THEREFORE ORDERED that the clerk of court shall seal ECF No. 1-4.

IT IS FURTHER ORDERED that on or before September 4, 2018, the plaintiffs shall file a redacted, publicly accessible version of ECF No. 1-4.

DATED this 23rd day of August, 2018.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE